Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
Kristina J. Holm, OSB No. 112607
KJHolm@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

R. Charles Henn Jr. (admitted *pro hac vice*)
chenn@kilpatricktownsend.com
Charles H. Hooker III (admitted *pro hac vice*)
chooker@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500
Facsimile: 404.815.6555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, a Delaware corporation; and **ADIDAS AG**, a foreign entity,<br><br>       Plaintiffs,<br><br>   v.<br><br>**SEARS HOLDINGS CORPORATION**, a Delaware corporation; and **SEARS, ROEBUCK AND CO.**, a New York corporation,<br><br>       Defendants. | No. 3:15-cv-01412-BR<br><br>**JOINT STATUS REPORT**<br><br>By All Parties |

Pursuant to the Court's November 18, 2015 Order to provide the Court with "[c]losing papers or a joint Status Report" by December 18, 2015 (ECF No. 29), plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas") and defendants Sears Holding Corp. and Sears, Roebuck and Co. (collectively, "Sears") hereby submit the following status report.

The parties have fully executed a settlement agreement to dispose of all claims and defenses asserted in this action, with each party to bear its own costs. As soon as the conditions precedent set forth in the settlement agreement are satisfied, adidas will promptly file a Stipulation of Dismissal. In view of the upcoming holidays, the parties respectfully request that they have until January 8, 2016, in which to file the closing papers.

DATED: December 18, 2015

**PERKINS COIE LLP**

By: s/ Stephen M. Feldman
    Stephen M. Feldman, OSB No. 932674
    SFeldman@perkinscoie.com
    Kristina J. Holm, OSB No. 112607
    KJHolm@perkinscoie.com
    1120 N.W. Couch Street, Tenth Floor
    Portland, OR 97209-4128
    Telephone: 503.727.2000
    Facsimile: 503.727.2222

R. Charles Henn Jr. (admitted *pro hac vice*)
chenn@kilpatricktownsend.com
Charles H. Hooker III (admitted *pro hac vice*)
chooker@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500
Facsimile: 404.815.6555

Attorneys for Plaintiffs

**TONKON TORP LLP**

By: s/ Jon P. Stride
    Jon P. Stride, OSB No. 903887
    jon.stride@tonkon.com
    David A. Rabbino, OSB No. 106348
    david.rabbino@tonkon.com
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204
    Telephone: 503.221.1440
    Facsimile: 503.274.8779

Patrick J. Arnold, Jr. (admitted *pro hac vice*)
parnold@mcandrews-ip.com
Ronald H. Spuhler (admitted *pro hac vice*)
rspuhler@mcandrews-ip.com
**McANDREWS, HELD & MALLOY LTD.**
500 West Madison Street, 34th Floor
Chicago, IL 60661
Telephone: 312.775.8000
Facsimile: 312.775.8100

Attorneys for Defendants

21184-0106/129080635.1